UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENJAMIN B. CRENTSIL,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE HEALTHCARE & RESEARCH<br>EMPLOYEES, et al.<br>　　　　　Defendants. | CIVIL ACTION<br>NO. 16-40030-TSH |

**ORDER**

**September 12, 2016**

Hennessy, M.J.

On July 26, 2016, Judge Hillman referred this matter to me (Docket #20) for a ruling on Defendants State Healthcare and Research Employees ("SHARE") and UMass Memorial Medical Center's ("UMass Memorial") Motion to Compel Plaintiff to Provide Initial Disclosures (Docket #18). A hearing was held on the matter on August 29, 2016. (Docket #26). For the reasons stated on the record, the Motion to Compel Plaintiff to Provide Initial Disclosures is DENIED AS MOOT IN PART AND GRANTED IN PART. The portion of the motion seeking to compel Plaintiff's initial disclosures is denied as moot. However, the motion for sanctions is granted.

In their motion, Defendants sought an order requiring Plaintiff Crentsil to pay the attorney's fees incurred by SHARE and UMass Memorial to prepare and file the motion. (Docket #18 at 3). Having reviewed the affidavits of counsel (Dockets #27, 28), and employing

the lodestar method to calculate a reasonable award of attorneys' fees, I hereby ORDER an award of fees of $247.50 to SHARE and of $663 to UMass Memorial.[1]

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE

---

[1] In their motion, Defendants requested that the court enter an order requiring Crentsil to pay the attorney's fees incurred by SHARE and UMass Memorial in the preparation and filing of the motion to compel. Hence, the undersigned has not awarded fees relating to counsel's preparation for and appearance at the motion hearing.